PHILLIP A. TALBERT
United States Attorney
JASON HITT
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CURTIS PHILLIPS,<br>CHARLES RAY GOODMAN,<br>DEBORAH LYNN POLLARD,<br>BRITTON GARNER FLEMONS,<br>LANCE RENARD WOODYARD,<br>ELO WILLIE WADLEY,<br>DEJOAN DEVIN BLEDSOE, and<br>CONWAY JOSEPH PHILLIPS JR.,<br><br>                    Defendants. | CASE NO. 2:17-MJ-0012-EFB<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT BLEDSOE AND RECALLING ARREST WARRANT |

## ORDER

The United States has moved to dismiss Counts 1 and 7 of the Complaint against Defendant Dejoan Devin Bledsoe, filed on January 17, 2017. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that Counts 1 and 7 of the Complaint against Defendant Bledsoe be dismissed without prejudice. The Court further orders that the Arrest Warrant as to Defendant Bledsoe be recalled.

SO ORDERED.

Dated: __Feb 3__, 2017

_____
Hon. KENDALL J. NEWMAN
United States Magistrate Judge

[PROPOSED] ORDER DISMISSING COMPLAINT AGAINST
DEFENDANT BLEDSOE AND RECALLING WARRANT

1